UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:15-cr-429-T-17MAP

D'ANGELO BATTIS

## PRELIMINARY ORDER OF FORFEITURE

The United States moves pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order of forfeiture for the following firearm and ammunition:

    a.    A Heckler & Koch ACP .45 pistol, Serial Number: 25-062061; and

    b.    10 rounds of assorted .45 caliber ammunition.

The defendant pleaded guilty to possession of the firearm in furtherance of drug trafficking crimes, as charged in Count Three of the Indictment, and the Court adjudged him guilty of this offense.

The Court finds that the United States has established the requisite nexus between the identified assets and the offense of conviction. (Dkt. 29)

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the assets identified above are forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

CASE NO. 8:15-CR-429-T-17MAP

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**ORDERED** in Tampa, Florida on AUGUST 3RD, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

2