UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION,

UNITED STATES OF AMERICA,

v.                                               CASE NO. 8:15-CR-429-T-17MAP

D'ANGELO BATTIS.

_____/

ORDER

This cause is before the Court on:

Dkt. 34   Preliminary Order of Forfeiture
Dkt. 39   Final Judgment
Dkt. 42   Motion for Return of Property
Dkt. 43   Notice to the Court Regarding Return of Firearm

The Court granted the Government's Motion for a Preliminary Order of Forfeiture as to:

a.   A Heckler &Koch ACP .45 pistol, Serial Number 25-062061; and

b.   10 rounds of assorted .45 caliber ammunition.

(Dkt. 34). The Court retained jurisdiction to complete the forfeiture and disposition of the assets sought by the Government. The Preliminary Order of Forfeiture was incorporated into the Final Judgment (Dkt. 39) when Defendant D'Angelo Battis was sentenced on August 12, 2016.

Nathaniel B. Lovett requested the return of the Heckler & Koch ACP .45 pistol, Serial Number 25-062061 on September 6, 2016 (Dkt. 42).

The Government has notified the Court that the Government recognizes the claim of Nathaniel B. Lovett. The United States will make arrangements with Alcohol, Tobacco, Firearms and Explosives to return the firearm to Mr. Lovett, and will not seek a final judgment of forfeiture for the firearm. Accordingly, it is

Case No. 8:15-CR-429-T-17MAP

**ORDERED** that Nathaniel B. Lovett's Motion for Return of Property (Dkt. 42) is **granted**; the Government **shall return** the firearm to Nathaniel B. Lovett within thirty days of the date of this Order. The Clerk of Court **shall provide** a copy of this Order to Nathaniel B. Lovett at the address below. It is further

**ORDERED** that the Preliminary Order of Forfeiture (Dkt. 34) is **vacated** as to the Heckler & Koch ACP .45 pistol, Serial Number 25-062061.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 20th day of September, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Nathaniel B. Lovett
1371 Royal Dornock Dr.
Jacksonville, FL  32221